**482**

the punishment phase of the trial. Punishment was assessed by the court.

The appellant's counsel has filed a brief stating that he has thoroughly reviewed the entire record and that in his opinion this is a frivolous appeal. We have examined the record and agree that the appeal is frivolous.

In compliance with Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) and Gainous v. State, 436 S.W.2d 137 (Tex.Cr.App.1969) the appellant was delivered a copy of the brief filed by his counsel. He was also furnished a copy of the record.

The appellant's pro se brief which acknowledges the receipt of counsel's appellate brief and a copy of the record asserts several grounds of error for consideration. We have reviewed his contentions and find them unsupported by the record and without merit.

The judgment is affirmed.

Opinion approved by the Court.

tash, Asst. State's Atty., Austin, for the State.

## OPINION

DOUGLAS, Judge.

This is an appeal from a conviction for the offense of rape. The court assessed punishment at thirty years.

Appellant's court-appointed attorney has filed a brief in which he concludes the present appeal is frivolous. Further, the record reflects that appellant has been served with a copy of appellant's brief. No pro se brief has been filed. The procedure is in accordance with Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and the procedure in this State. We have examined the record and agree that the appeal is wholly without merit.

No reversible error being shown, the judgment is affirmed.

Clarence **BENNETT**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 46742.

Court of Criminal Appeals of Texas.

April 11, 1973.

Rehearing Denied April 25, 1973.

Roy Y. Martin, Austin, for appellant.

Robert O. Smith, Dist. Atty., and Neal Pfeiffer, Asst. Dist. Atty., Austin, Jim D. Vollers, State's Atty., and Robert A. Hut-

Michael **BURRELL**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 46743.

Court of Criminal Appeals of Texas.

April 4, 1973.

